AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hernandez, Marco A. | U.S. District Court, Oregon | 05/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge, Active | ☐ Nomination  Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States District Court
1000 SW Third Ave.
Portland, OR 97204

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee | Trust 1 |
| 2. | Board Member | US District Court Historical Society |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1993 | Oregon Public Employees Retirement System-Retirement Account; full benefits upon retirement age 65. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hernandez, Marco A. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hernandez, Marco A. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hernandez, Marco A. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | J | T | | | | | |
| 2. Oregon Savings Growth Plan (H) | | | | | | | | | |
| 3. -Life Path 2020 Portfolio Fund | | None | J | T | | | | | |
| 4. -Stable Value Option | | None | J | T | | | | | |
| 5. -Active Fixed Income Option (FKA intermediate Bond Option) | | None | J | T | | | | | |
| 6. -Large Company Value Stock | | None | K | T | | | | | |
| 7. -Stock Index Option | | None | K | T | | | | | |
| 8. -Large Co Growth Stock Option | | None | K | T | | | | | |
| 9. -International Stock Option | | None | K | T | | | | | |
| 10. -Small/Mid-Size Co. Stock Option | | None | K | T | | | | | |
| 11. Ameritrade IRA (H) | | | | | | | | | |
| 12. -Ameritrade -Cash Account(Y) | | | | | | | | | |
| 13. -Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 14. Trust 1 (H) | | | | | | | | | |
| 15. -Brighthouse Financial Universal Life Policy | D | Interest | M | T | | | | | |
| 16. -Sterling Savings Bank Account (non-interest checking acct) | | None | J | T | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hernandez, Marco A. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part VII:

Lines 3-10 reflect fund categories for a deferred compensation account. The account is a 457 plan. It is managed by the State of Oregon Savings Growth Plan. Each item listed reflects investment categories as opposed to mutual funds. I can select the categories, however, I have no control over the individual investments within the categories. The Oregon Savings Growth Plan controls the make-up of the categories. The plan does not generate any dividends or other income. The value of the plan depends entirely on market fluctuations.

Line 14 is Trust 1. The reported values correspond to the total value of Trust 1. My share would be 1/7 of the total value.

Line 16 is a non-interest bearing checking account.

| Name of Person Reporting | Date of Report |
|---|---|
| Hernandez, Marco A. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marco A. Hernandez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544